EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ENRIQUE LÓPEZ RODRÍGUEZ, acusado y apelante.

*Número:* CR-63-44      *Resuelto:* 31 de mayo de 1963

*Benjamín Ortiz,* abogado del apelante; *Rodolfo Cruz Contreras, Procurador General Interino,* y *J. F. Rodríguez Rivera, Procurador General Auxiliar,* abogados de El Pueblo.

Sala integrada por el Juez Asociado Señor Pérez Pimentel como Presidente de Sala y los Jueces Asociados Señores Rigau y Dávila.

PER CURIAM: La prueba, en cuanto al estado de embriaguez del acusado fue contradictoria. La del fiscal, tendió a demostrar que al ocurrir el accidente de automóviles, uno de los cuales era conducido por el acusado, éste expedía un fuerte olor a licor, se tambaleaba, hablaba incoherentemente y caminaba dando zigzags, llegando el Sargento de la Policía a la conclusión de que el acusado estaba en estado de embriaguez; que el acusado estaba en una fiestecita despidiendo a un hermano que embarcaba hacia Estados Unidos; aunque al principio el acusado accedió a someterse al examen de sangre u orina, cuando llegó al hospital se negó a ello. La prueba de defensa tendió a demostrar que el acusado, no expedía olor a licor, hablaba coherentemente y no se tambaleaba, encontrándose en estado normal y no de embriaguez.

El conflicto de la prueba fue resuelto en contra del acusado. El Tribunal sentenciador dio crédito a la prueba de

cargo y ésta es suficiente para sostener la convicción. *Pueblo v. Cabrera Osorio,* 84 D.P.R. 97 (1961); *Pueblo v. Monroig Rodríguez,* 87 D.P.R. 655 (1963). No debemos intervenir con la sana discreción del juez sentenciador al apreciar la prueba, ni constituirnos en tribunal de primera instancia para sustituir nuestro criterio por el de aquél y hacer nuestra propia apreciación de los hechos, excepto en circunstancias que demuestren que se incurrió por el tribunal sentenciador en manifiesto error, prejuicio o parcialidad. Esa ha sido la norma constante de este Tribunal y no debemos apartarnos de ella. *Pueblo v. Ordein Sánchez,* 86 D.P.R. 484 (1962); *Pueblo v. Santana,* 79 D.P.R. 122 (1956); *Pueblo v. Aquino,* 79 D.P.R. 18 (1956); *Pueblo v. Garcés,* 78 D.P.R. 102 (1955); *Pueblo v. Blanco,* 68 D.P.R. 932 (1948); *Pueblo v. Otero,* 67 D.P.R. 765 (1947).

*Se confirmará la sentencia apelada.*